COA # 14-12-01097-CR

OFFENSE: Aggravated Robbery

STYLE: Adedji Alalincoln Adekeye v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 337th District Court

DATE: June 12, 2014   Publish: Yes

TC CASE #:1349025

**IN THE COURT OF CRIMINAL APPEALS**

STYLE: Adedji Alalincoln Adekeye v The State of Texas

CCA # _____

_____PRO SE_____  Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____refused_____

DATE: _March 18, 2015_

JUDGE: _Pc_

CCA Disposition: 1213-14; 1214-14

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**